FERRELL, APPELLEE, *v.* SUMMA HEALTH SYSTEM, APPELLANT, ET AL.

[Cite as *Ferrell v. Summa Health Sys.,*
112 Ohio St.3d 84, 2006-Ohio-6503.]

(No. 2005–2401—Submitted November 15, 2006—Decided December 27, 2006.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Robinson v. Bates,* 112 Ohio St.3d 17, 2006-Ohio-6362, 857 N.E.2d 1195.

{¶ 2} The court orders that the portion of the opinion of the court of appeals relating to the application of the collateral-source rule may not be cited as authority except by the parties inter se.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

---

Tzangas, Plakas, Mannos & Raies, Lee E. Plakas, Christopher M. Huryn, and Cheryl S. Lee, for appellee.

Roetzel & Andress, Elizabeth Nocera Davis, and Michael J. Fuchs, for appellant.